FRANK X. SCHERER, Respondent, *v.* EAST SIDE NATIONAL BANK OF BUFFALO, Appellant.

(Submitted February 26, 1934; decided March 6, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 190.)

In the Matter of ANNA S. COLEMAN, Appellant, against FRANCIS PRESTON, Respondent.

(Submitted February 26, 1934; decided March 6, 1934.)

*Francis Preston*, in person, for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.